Certificate Number: 05781-VAE-DE-041213618

Bankruptcy Case Number: 26-32874



05781-VAE-DE-041213618

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2026, at 11:08 o'clock AM PDT, Marquis Byrd completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   July 16, 2026                    By:    /s/Allison M Geving

Name:  Allison M Geving

Title:   President