Certificate Number: 05781-VAE-DE-041217921

Bankruptcy Case Number: 26-32806



05781-VAE-DE-041217921

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 11:11 o'clock AM PDT, Ethan Burt completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   July 17, 2026                     By:     /s/Allison M Geving

                                          Name:   Allison M Geving

                                          Title:   President